KURYAN v. WEIL et al. (Supreme Court, Appellate Division, First Department. December 10, 1915.) Action by Annie Kuryan against Theresa Weil and another. No opinion. Motion for stay granted. Settle order on notice.

PER CURIAM. The order appealed from is modified, by allowing the plaintiff taxable costs of the action as a condition for amending the

answer, with leave to the plaintiff to discontinue without costs if so advised, and as thus modified affirmed, without costs of this appeal. Settle order on notice.